3RD DISTRICT CT- SILVER SUMMIT
SUMMIT COUNTY, STATE OF UTAH

SUMMIT COUNTY et al. vs. MCKINSEY & COMPANY INC et al.

CASE NUMBER 210500417 Miscellaneous

CURRENT ASSIGNED JUDGE
        RICHARD MRAZIK

PARTIES
        Plaintiff - TOOELE COUNTY
        Represented by: COLIN KING
        Represented by: MARGARET OLSON

        Plaintiff - SUMMIT COUNTY
        Represented by: COLIN KING
        Represented by: MARGARET OLSON

        Defendant - MCKINSEY & COMPANY INC

        Defendant - MCKINSEY & COMPANY INC UNITED

        Defendant - MCKINSEY HOLDINGS INC

        Defendant - MCKINSEY & COMPANY INC WASHING


ACCOUNT SUMMARY
            Total Revenue Amount Due:         625.00
                       Amount Paid:           625.00
                     Amount Credit:             0.00
                           Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                Original Amount Due:          375.00
                 Amended Amount Due:          375.00
                       Amount Paid:           375.00
                     Amount Credit:             0.00
                           Balance:             0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                Original Amount Due:          250.00
                 Amended Amount Due:          250.00
                       Amount Paid:           250.00
                     Amount Credit:             0.00
                           Balance:             0.00


CASE NOTE


PROCEEDINGS
11-22-2021   Filed: Complaint

```
11-22-2021   Case filed by efiler
11-22-2021   Judge RICHARD MRAZIK assigned.
11-22-2021   Fee Account created Total Due: 375.00
11-22-2021   Fee Account created Total Due: 250.00
11-22-2021   COMPLAINT - NO AMT S Payment Received:  375.00
11-22-2021   JURY DEMAND - CIVIL Payment Received:  250.00
11-22-2021   Filed: Return of Electronic Notification
03-09-2022   Filed: Amended Complaint
03-09-2022   Filed: Return of Electronic Notification
03-16-2022   Filed: Exhibit A - Federal Court Notice of Removal
03-16-2022   Filed: Notice of Filing Notice of Removal
03-16-2022   Filed: Return of Electronic Notification
03-16-2022   Case Disposition is Removed Fed Court
             Disposition Judge is RICHARD MRAZIK
```